

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00135-CR

Zidney Kirk **ZUNIGA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 112th Judicial District Court, Sutton County, Texas
Trial Court No. 2180
Honorable Pedro Gomez, Judge Presiding

Opinion by:    Luz Elena D. Chapa, Justice

Sitting:       Sandee Bryan Marion, Justice
               Marialyn Barnard, Justice
               Luz Elena D. Chapa, Justice

Delivered and Filed:  October 8, 2014

MOTION TO WITHDRAW GRANTED; AFFIRMED

Zidney Kirk Zuniga pled guilty to credit or debit card abuse as part of a plea agreement with the State. Pursuant to the agreement, the trial court found Zuniga guilty and placed him on community supervision for a period of four years. The State later filed a motion to revoke Zuniga's community supervision, alleging he violated various conditions of his community supervision. Zuniga pled true to all the allegations. After a hearing, the trial court revoked Zuniga's community supervision, and imposed sentence. Zuniga timely appealed.

Zuniga's court-appointed appellate attorney filed a motion to withdraw and a brief in which he concludes this appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978), and *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). Counsel sent copies of the brief and motion to withdraw to Zuniga, and Zuniga was informed of his rights to review the appellate record and file a pro se brief. On May 29, 2014, we issued an order advising Zuniga that his pro se brief was due July 14. On July 2, 2014, we issued a further order advising Zuniga how to contact this court if he desired access to the appellate record. The July 2, 2014 order was returned as undeliverable. This court knows of no other address at which appellant can be contacted. Zuniga did not file a pro se brief.

After reviewing the record and counsel's brief, we find no reversible error and agree with counsel the appeal is wholly frivolous. *See Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005). We therefore grant the motion to withdraw filed by Zuniga's counsel and affirm the trial court's judgment. *See id*.; *Nichols v. State*, 954 S.W.2d 83, 86 (Tex. App.—San Antonio 1997, no pet.).

Luz Elena D. Chapa, Justice

DO NOT PUBLISH